EPSTEIN BECKER & GREEN, P.C.
Attorneys for Defendants
The Medicines Company, Clive Meanwell, Paul Antinori
Jennifer Hanson, Mary Baugh and Kim Carroll
Two Gateway Center, 12th Floor
Newark, New Jersey 07102
(973) 642-1900



RECEIVED
MAR 2008
AT 8:30
WILLIAM T. WALSH
CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| NASEEM SOFIA,<br><br>　　　　　Plaintiff,<br><br>-against-<br><br>THE MEDICINES COMPANY, CLIVE MEANWELL, SIMONA SKERJANEC, PAUL ANTINORI, GARY DICKINSON, FRANK GOODMAN, JENNIFER HANSON, MARY BAUGH and KIM CARROLL, individually and in their official capacities; jointly, severally, and/or in the alternative<br><br>　　　　　Defendants. | Civil Action No. 06-2221 (JAP) (TAB)<br><br>**CONSENT ORDER OF DISMISSAL OF COMPLAINT WITH PREJUDICE** |

THIS MATTER having been opened to the Court by Epstein Becker & Green, P.C. (Carmine A. Iannaccone, Esq. and James P. Flynn, Esq. appearing), attorneys for defendants The Medicines Company, Clive Meanwell, Paul Antinori, Jennifer Hanson, Mary Baugh and Kim Carroll ("The Medicines Company Defendants"), Defendant/Counterclaim Plaintiff Simona Skerjanec ("Skerjanec") by and through her attorneys, Duane Morris LLP (Eric R. Breslin, Esq., appearing), and Resnick Nirenberg & Siegler, P.C. (Gerald J. Resnick, Esq. appearing), counsel

NE:302609v1

for Plaintiff Naseem Sofia, the Court being fully advised, and the parties having conferred and agreed to the entry of the within Consent Order, and for good cause shown;

IT IS on this 2ⁿᵈ day of _____March_____, 2007;

ORDERED that plaintiff's claims against Clive Meanwell, Paul Antinori, Jennifer Hanson, Mary Baugh and Kim Carroll, individually in the above action be and hereby are dismissed with prejudice, without right of appeal and without costs and fees; and it is further

ORDERED that plaintiff's claims against Simona Skerjanec individually in the above action be and hereby are dismissed with prejudice, without right of appeal and without costs and fees; and it is further

ORDERED that Skerjanec's counterclaims in the above action be and hereby are dismissed with prejudice, without right of appeal and without costs and fees; and it is further

ORDERED that the United States District Court, District of New Jersey shall retain jurisdiction of this matter, including jurisdiction over any and all applications relating to the interpretation and/or enforcement this Agreement.

SO ORDERED:

_____
HON. JOEL A. PISANO, U.S.D.J.

THE UNDERSIGNED HEREBY CONSENT TO ENTRY OF THE WITHIN ORDER:

| RESNICK NIRENBERG & SIEGLER, P.C. | EPSTEIN, BECKER & GREEN, P.C. |
|---|---|
| Attorneys for Plaintiff | Attorneys for Defendants The Medicines |
| Naseem Sofia | Company, Clive Meanwell, Paul Antinori, Jennifer Hanson, Mary Baugh and Kim Carroll |

By: _____   By: _____
       GERALD J. RESNICK                         CARMINE A. IANNACCONE

Dated: 11/21/07                Dated: 12/2/07

- 2 -

DUANE MORRIS LLP
Attorneys for Defendant/Counterclaim Plaintiff
Simona Skerjanec

By: _____
       ERIC R. BRESLIN

Dated: 3/3/08